In the Matter of the Application of ELSIE CAMERON to Take Her Distributive Share of the Estate of DUNCAN E. CAMERON, Deceased. MARY MacLEOD MAYER and HENRY CAPLAN, Individually and as Executors, etc., of DUNCAN E. CAMERON, Deceased, Respondents, Appellants; ELSIE CAMERON, Petitioner, Respondent. — Motion to resettle order granted and order resettled by adding thereto the following: " The particular question of fact upon which the reversal is made is

that part of the decree appealed from which finds that Duncan E. Cameron at the time of his death was domiciled in the City of Washington, D. C." Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.